# UNITED STATES DISTRICT COURT

─────────── District of ───────────

## APPEARANCE

CASE NUMBER: 04-1809

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

*Giuseppe Torrente*

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7-15-04 | *[signature]* |
| Date | Signature |
| | Stephen Judge     563390 |
| | Print Name     Bar Number |
| | 23 Central Ave #605 |
| | Address |
| | Lynn     MA     01901 |
| | City     State     Zip Code |
| | 781 599 2800 |
| | Phone Number     Fax Number |