AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF  Massachusetts

UNITED STATES OF AMERICA

v.

GIUSEPPE S. TORRENTE
a/k/a Joseph Torrente

## WARRANT FOR ARREST

CASE NUMBER:  04-1809-CBS

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Giuseppe S. Torrente, a/k/a Joseph Torrente
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute, and distribution of, oxycodone, a Schedule II controlled substance

in violation of
Title _____ 21 _____ United States Code, Section(s)  846 and 841(a)(1)

Charles B. Swartwood, III
Name of Issuing Officer

US magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

06-29-2004    Boston, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

WARRANT EXECUTED BY
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 7/5/04

This form was electronically produced by Elite Federal Forms, Inc.