UNITED STATES DISTRICT COURT FILED
DISTRICT OF MASSACHUSETTS ERKS OFFICE

2004 AUG -2  P 2: 46

UNITED STATES OF AMERICA        )
                                )   Criminal No. 04-MJ-1809-CBS
                v.              )
                                )
CARLOS ESPINOLA                 )

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the United States
of America in the above-captioned case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

Michael J. Pelgro /c.p.
MICHAEL J. PELGRO
Assistant U.S. Attorney
(617) 748-3246

Dated: August 2, 2004

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel of record a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

Michael J. Pelgro /aq.
MICHAEL J. PELGRO
ASSISTANT UNITED STATES ATTORNEY