kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies to this defendant.

9.   The defendant GUISEPPE TORRENTE is accountable for a quantity of oxycodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 3,000 kilograms of marijuana but less than 10,000 kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies to this defendant.

10.   The defendant JARED KNOWLTON is accountable for a quantity of oxycodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 3,000 kilograms of marijuana but less than 10,000 kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies to this defendant.

11.   The defendant ARCHIBALD MACLEOD is accountable for a quantity of oxycodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 3,000 kilograms of marijuana but less than 10,000 kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies to this defendant.

12.   The defendant JONATHAN MITCHELL is accountable for a quantity of oxycodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 3,000 kilograms of marijuana but less than 10,000

kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

13.  The defendant JAMES GARDNER is accountable for
a quantity of oxycodone that, when converted to marijuana as
provided by USSG §2D1.1 (drug equivalency table), is equivalent
to at least 3,000 kilograms of marijuana but less than 10,000
kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

A TRUE BILL

_____

FOREPERSON OF THE GRAND JURY

_____

DAVID G. TOBIN
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; September *22*, 2004.

Returned into the District Court by the Grand Jurors and
filed.

_____

DEPUTY CLERK

9/22/04
@ 12:25 pm

-25-

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** ☐ 4 CR 1 0288 SNG    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Gloucester    **Category No.** II    **Investigating Agency** DEA

**City** Gloucester    **Related Case Information:**

**County** Essex    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Espinola, Carlos    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   63 Endicott Street, Peabody, Massachusetts

Birth date (Year only): 1977  SSN (last 4 #): 3506  Sex M  Race: W    Nationality: _____

**Defense Counsel if known:**   Bradford E. Keene    **Address:** 220 Broadway, Suite 402
Lynnfield, MA 01940

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  David G. Tobin    **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:** 06/30/04

☒ **Already in Federal Custody as** of 06/30/04    in   Boston, MA .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** _____ **on** _____

**Charging Document:** ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** _____  ☐ **Misdemeanor** _____  ☒ **Felony** 1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Espinola, Carlos _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Consp. to Possess w/ Int. to Dist., and to Dist.,Oxycodone | 1 |
| Set 2 | 21 U.S.C. § 853 | Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** 04 CR 1 0288 NG U.S. District Court - District of Massachusetts

**Place of Offense:** Peabody          **Category No.** II          **Investigating Agency** DEA

**City** Peabody

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Jose F. Melo                    Juvenile  ☐ Yes  ☒ No

Alias Name  Jose Mello

Address  20 Tracey Street, Apt. 1, Peabody, MA

Birth date (Year only): 1976  SSN (last 4 #): 3506  Sex M  Race: W          Nationality: _____

**Defense Counsel if known:** Stephen Neyman    **Address:** 160 State Street, 8th Floor
                                                            Boston, MA 01209

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** David G. Tobin          **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No      **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested          ☐ Regular Process          ☒ In Custody

**Location Status:**

**Arrest Date:** 06/30/04

☒ Already in Federal Custody as  of 06/30/04          in  Boston, MA
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  3

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Jose F. Melo _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. Dist. and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone  + Aiding/Abetting | 16 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone  + Aiding/Abetting | 17 |
| Set 4 | 21 USC § 853 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Melo JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/0?)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:** Gloucester          **Category No.** II          **Investigating Agency** DEA

**City** Gloucester          **Related Case Information:**

**County** Essex          Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number   04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** Joseph Baldassano          Juvenile  ☐ Yes  ☒ No

**Alias Name** _____

**Address**   220 Washington Street, Gloucester, MA

**Birth date (Year only):** 1981 **SSN (last 4 #):** 9858 **Sex** M **Race:** W    **Nationality:** _____

**Defense Counsel if known:**  Elliot M. Weinstein          **Address:** 228 Lewis Wharf
Boston, MA 02110

**Bar Number:** _____

### U.S. Attorney Information:

**AUSA**  David G. Tobin          **Bar Number if applicable** 552558

**Interpreter:**  ☐ Yes ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

☐ **Warrant Requested**          ☐ **Regular Process**          ☒ **In Custody**

**Location Status:**

**Arrest Date:**   06/30/04

☒ **Already in Federal Custody as**  of 06/30/04          in   Boston, MA          .
☐ **Already in State Custody** _____   ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____   **on** _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**  ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   4

### Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** 09/22/04          **Signature of AUSA:**

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     Joseph Baldassano _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2  21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 5 |
| Set 3  21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 16 |
| Set 4  21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 17 |
| Set 5  21 USC § 853 | Forfeiture Allegation | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Baldassano JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**    04 CR 1028 WNG    U.S. District Court - District of Massachusetts

**Place of Offense:** Gloucester    **Category No.** II    **Investigating Agency** DEA

**City** Gloucester

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant
Magistrate Judge Case Number    04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Matthew Cream    Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   16 Harrison Avenue, Gloucester, MA

Birth date (Year only):   1981   SSN (last 4 #):   7776   Sex   M   Race:   W   Nationality: _____

**Defense Counsel if known:**   Bruce G. Linson    **Address:**   220 Commercial Street
Boston, MA 02109

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   David G. Tobin    **Bar Number if applicable**   552558

**Interpreter:**   ☐ Yes   ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:**   07/02/04

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by   CBS   on   07/23/04

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   3

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**   09/22/04    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**   04 CR 1 0288 NG   **U.S. District Court - District of Massachusetts**

**Place of Offense:** __Gloucester__   **Category No.** __II__   **Investigating Agency** __DEA__

**City** __Gloucester__   **Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number __04-MJ-01809-CBS__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** __Jason Matthews__   Juvenile ☐ Yes ☒ No

**Alias Name** _____

**Address** __57 Prospect Street, Apt. 1, Gloucester, MA__

**Birth date (Year only):** __1980__   **SSN (last 4 #):** __4102__   **Sex** __M__   **Race:** __W__   **Nationality:** _____

**Defense Counsel if known:** __Richard M. Welsh__   **Address:** __80 Worcester Street, Suite 5__
__North Grafton, MA 01536__

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __David G. Tobin__   **Bar Number if applicable** __552558__

**Interpreter:** ☐ Yes ☒ No   **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**   ☒ **Regular Process**   ☐ **In Custody**

**Location Status:**

**Arrest Date:** __07/02/04__

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by __CBS__ on __07/12/04__

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** __09/22/04__   **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Jason Matthews _____

**U.S.C. Citations**

|  | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 853 | Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

Matthews JS45.wpd - 1/15/04 (USAO-MA)

%JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**    01 CR 1 0 2 8 8 NG    **U.S. District Court - District of Massachusetts**

Place of Offense: __Gloucester__    Category No. __II__    Investigating Agency __DEA__

City __Gloucester__    Related Case Information:

County __Essex__    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number __04-MJ-01809-CBS__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Joseph Allen__    Juvenile ☐ Yes  ☒ No

Alias Name _____

Address __8 Reservoir Road, Gloucester, MA__

Birth date (Year only): __1978__  SSN (last 4 #): __2491__  Sex __M__  Race: __W__    Nationality: _____

Defense Counsel if known: __James L. Sultan__    Address: __1 Commercial Wharf North__
__Boston, MA  02110__

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __David G. Tobin__    Bar Number if applicable __552558__

Interpreter: ☐ Yes ☒ No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** __07/02/04__

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by __RWZ__  on __08/09/04__

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony __3__

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04    **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Joseph Allen _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2   21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 16 |
| Set 3   21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 17 |
| Set 4   21 USC § 853 | Forfeiture Allegation | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Allen JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/18/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Gloucester          **Category No.** II          **Investigating Agency** DEA

**City**  Gloucester                         **Related Case Information:**

**County**  Essex                            Superseding Ind./ Inf. _____   Case No. _____
                                             Same Defendant _____ New Defendant _____
                                             Magistrate Judge Case Number    04-MJ-01809-CBS
                                             Search Warrant Case Number _____
                                             R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Keith Behsman                       Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   40 Sarah Avenue, Lowell, Massachusetts

Birth date (Year only):  1978   SSN (last 4 #):  4464  Sex  M  Race:  B          Nationality: _____

**Defense Counsel if known:**   Michael C. Bourbeau          **Address:**  21 Union Street
                                                                            Boston, MA  02108

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  David G. Tobin          **Bar Number if applicable**  552558

**Interpreter:**   ☐ Yes  ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

          ☐ Warrant Requested          ☐ Regular Process          ☒ In Custody

**Location Status:**

**Arrest Date:**   06/30/04

☒ **Already in Federal Custody as**  of 06/30/04          in   Boston, MA                    .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   Ordered by _____   on _____

**Charging Document:**   ☐ Complaint     ☐ Information     ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   9

**Continue on Page 2 for Entry of U.S.C. Citations**

☐          I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
          accurately set forth above.

**Date:**  09/22/04                    **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Keith Behsman _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 2 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 3 |
| Set 4 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 4 |
| Set 5 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 5 |
| Set 6 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 6 |
| Set 7 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 7 |
| Set 8 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 8 |
| Set 9 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 10 |
| Set 10 | 21 USC § 853 | Forfeiture Allegation | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Behsman JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Peabody          **Category No.** II          **Investigating Agency** DEA

**City** Peabody                    **Related Case Information:**

**County** Essex                    Superseding Ind./ Inf. _____  Case No. _____
                                    Same Defendant _____  New Defendant _____
                                    Magistrate Judge Case Number  04-MJ-01809-CBS
                                    Search Warrant Case Number _____
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Jonathan Mitchell                    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  5 Exchange Street, Gloucester, MA

Birth date (Year only): 1979  SSN (last 4 #): 7923  Sex M  Race: W          Nationality: _____

**Defense Counsel if known:**  Edward J. O'Reilly          **Address:**  46 Middle Street, 2nd Floor
                                                                    Gloucester, MA 01930

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  David G. Tobin                    **Bar Number if applicable**  552558

**Interpreter:**  ☐ Yes  ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

          ☐ Warrant Requested          ☒ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:**  06/30/04

☐ Already in Federal Custody as _____  in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  CBS          on  07/02/04

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  3

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:** 09/22/04          **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Jonathan Mitchell _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 5 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 7 |
| Set 4 | 21 USC 853 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**04 CR 10288NG**

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Gloucester          **Category No.** II          **Investigating Agency** DEA

**City** Gloucester                     **Related Case Information:**

**County** Essex          Superseding Ind./ Inf. _____ Case No. _____
                         Same Defendant          _____ New Defendant _____
                         Magistrate Judge Case Number   04-MJ-01809-CBS _____
                         Search Warrant Case Number   _____
                         R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   James R. Gardner                    Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   14 Centennial Avenue, Apartment 1, Gloucester, MA

Birth date (Year only): 1978   SSN (last 4 #): 7752   Sex M   Race: W   Nationality: _____

**Defense Counsel if known:**   Theodore W. Beauparlant          **Address:** 166 Kenoza Avenue
                                                                        Haverhill, MA 01830
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   David G. Tobin                    **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

          ☐ **Warrant Requested**          ☒ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** 06/30/04

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:** Ordered by CBS _____ on 07/02/04

**Charging Document:**   ☐ Complaint          ☐ Information          ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony 2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

**Date:** 09/22/04          **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    James R. Gardner _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 8 |
| Set 3 | 21 USC 853 | Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Gardner JS45.wpd - 1/15/04 (USAO-MA)

**Criminal Case Cover Sheet**    04 CR 1 0288 GNG    **U.S. District Court - District of Massachusetts**

**Place of Offense:** __Gloucester__    **Category No.** __II__    **Investigating Agency** __DEA__

**City** __Gloucester__    **Related Case Information:**

**County** __Essex__

| | |
|---|---|
| Superseding Ind./ Inf. _____ | Case No. _____ |
| Same Defendant _____ | New Defendant _____ |
| Magistrate Judge Case Number | __04-MJ-01809-CBS__ |
| Search Warrant Case Number | _____ |
| R 20/R 40 from District of | _____ |

**Defendant Information:**

Defendant Name __Philip R. Albert, Jr.__    Juvenile ☐ Yes ☒ No

Alias Name _____

Address __10 Babson Street, Gloucester, MA__

Birth date (Year only): __1977__  SSN (last 4 #): __8899__  Sex __M__  Race: __W__    Nationality: _____

**Defense Counsel if known:** __John Andrews & Marc Salinas__    **Address:** 70 Washington Street, Suite 211
Salem, MA 01970

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __David G. Tobin__    **Bar Number if applicable** __552558__

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** __06/30/04__

☐ Already in Federal Custody as _____ in _____ .

☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial

☒ On Pretrial Release:  Ordered by __CBS__  on __07/02/04__

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __2__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:**  09/22/04    **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Philip R. Albert, Jr. _____

<b>U.S.C. Citations</b>

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 4 |
| Set 3 | 21 USC 853 | Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Albert JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 3/25/02)    **04 CR 1 0 2 8 8 NG**

**Criminal Case Cover Sheet**    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Peabody          **Category No.** II          **Investigating Agency** DEA

**City** Peabody          **Related Case Information:**

**County** Essex          Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number   04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Jared Knowlton          Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   11 Tolman Avenue, Gloucester, MA

Birth date (Year only):   1974   SSN (last 4 #):   1719   Sex  M  Race: _____   Nationality: _____

**Defense Counsel if known:**   Michael F. Natola          **Address:** 240 Commercial Street, Suite 2B
Boston, MA  02109

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  David G. Tobin          **Bar Number if applicable**  552558

**Interpreter:**   ☐ Yes  ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

☐ **Warrant Requested**          ☒ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:**   06/30/04

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by  CBS          on   07/02/04

**Charging Document:**   ☐ Complaint          ☐ Information          ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** 09/22/04          **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Jared Knowlton _____

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 6 |
| Set 3 | 21 USC 853 | Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**   **U.S. District Court - District of Massachusetts**

Place of Offense: <u>Gloucester</u>   Category No. <u>II</u>   Investigating Agency <u>DEA</u>

City   <u>Gloucester</u>   **Related Case Information:**

County   <u>Essex</u>   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   <u>04-MJ-01809-CBS</u>
Search Warrant Case Number   _____
R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   <u>Archibald MacLeod</u>   Juvenile   ☐ Yes   ☐ No

Alias Name   _____

Address   <u>124-Rear Centennial Avenue, Gloucester, MA</u>

Birth date (Year only): _____   SSN (last 4 #): _____   Sex ___   Race: _____   Nationality: _____

**Defense Counsel if known:**   Roger Witkin   **Address:** <u>6 Beacon Street, Suite 1010</u>
<u>Boston, MA  02108</u>

**Bar Number:**   _____

**U.S. Attorney Information:**

AUSA   <u>David G. Tobin</u>   **Bar Number if applicable**  <u>552558</u>

**Interpreter:**   ☐ Yes  ☒ No   **List language and/or dialect:**   _____

**Matter to be SEALED:**   ☐ Yes  ☒ No

☐ **Warrant Requested**   ☒ **Regular Process**   ☐ **In Custody**

**Location Status:**

**Arrest Date:**   <u>07/12/04</u>

☐ Already in Federal Custody as _____   in _____  .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by <u>CBS</u>   on   <u>07/12/04</u>

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  <u>5</u>

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:  09/22/04**   **Signature of AUSA:**

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**      Archibald MacLeod _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 9 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 13 |
| Set 4 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 14 |
| Set 5 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 15 |
| Set 6 | 21 USC § 853 | Forfeiture Allegation | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| Place of Offense: Gloucester | Category No. 2 | Investigating Agency DEA |

**City** Gloucester

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number    04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Giuseppe S. Torrente                    Juvenile  ☐ Yes  ☒ No

Alias Name  Joseph Torrente

Address  9 Fleetwood Drive, Gloucester, MA

Birth date (Year only): 1980  SSN (last 4 #): 9986  Sex M  Race: W  Nationality: _____

**Defense Counsel if known:**  Stephen D. Judge          **Address:**  23 Central Avenue #605
                                                                   Lynn, MA  01901

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  David G. Tobin                    **Bar Number if applicable**  552558

**Interpreter:**  ☐ Yes  ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

      ☐ **Warrant Requested**      ☒ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:**  07/15/04

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  CBS          on  07/15/04

**Charging Document:**  ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**  ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony  3

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:**  09/22/04          **Signature of AUSA:**

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Giuseppe S. Torrente _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 11 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 12 |
| Set 4 | 21 USC § 853 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Torrente JS45.wpd - 1/15/04 (USAO-MA)