UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | Crim. No. 04-10288-NG |
| ) | |
| **CARLOS ESPINOLA, et al.,** ) | |
| <u>    Defendants.        </u> ) | |

GERTNER, D.J.:

### ORDER OF RECUSAL

I hereby recuse myself from the consideration of the above-entitled case pursuant to 28 U.S.C. § 455.

**SO ORDERED.**

Date:  October 25, 2004        <u>/s/NANCY GERTNER, U.S.D.J.   </u>