UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | CRIM. NO. 04-10288-RWZ |
| | ) | |
| GIUSEPPE TORRENTE. | ) | |
| | ) | |

DEFENDANT'S MOTION TO JOIN IN CO-DEFENDANT MCLEOD'S MOTION
TO STRIKE SURPLUSAGE FROM INDICTMENT

Now comes the defendant in the above-entitled matter, by and through undersigned counsel, and moves this Honorable Court for leave to join in the Motion to Strike Surplusage from Indictment filed by co-defendant Archibald McLeod, Jr. on or about February 11, 2005, in the above-captioned matter.

Respectfully submitted,
GIUSEPPE TORRENTE
By his attorney,

*[signature]*
STEPHEN D. JUDGE
BBO #563390
23 Central Ave., Suite 605
Lynn, MA 01901
781-599-2800

3-11-05
Motion to join allowed
*[signature]*

**CERTIFICATE OF SERVICE**

I, Stephen D. Judge, Esquire, hereby certify that I have delivered copies of the within Defendant's Notice Of Intent And Request For Rule 11 Hearing and Defendant's Motion To Join In Co-Defendant McLeod's Motion To Strike Surplusage From Indictment, by mailing same, postage prepaid, this 10th day of March, 2005, to the following:

Assistant United States Attorney
David Tobin, Esquire
One Courthouse Way, Suite 9200
Boston, MA. 02210

Bradford E. Keene, Esquire
Keene & Gizzi
220 Broadway, Suite 402
Lynnfield, MA. 01940

Stephen Nyman, Esquire
160 State Street, 8th Floor
Boston, MA. 02109

Elliot M. Weinstein, Esquire
228 Lewis Wharf
Boston, MA. 02110

Richard M. Welsh, Esquire
80 Worcester Street, Suite 5
North Grafton, MA. 01536

James L. Sultan, Esquire
Rankin & Sultan
1 Commercial Wharf N
Boston, MA.02110

Michael C. Bourbeau, Equire
Bourbeau & Bonilla
21 Union Street
Boston, MA. 02108

Edward J. O'Reilly, Esquire
46 Milton Street
Gloucester, MA. 01930

Theodore W. Beauparlant, Esquire
166 Kenzoa Avenue
Haverhill, MA. 01830

John Andrews, Esquire
70 Washington Street, Suite 211
Salem, MA. 01970

Michael F. Natola, Esquire
240 Commercial Street, Suite 2B
Boston, MA. 02109

Roger Witkin, Esquire
6 Beacon Street, Suite 1010
Boston, MA. 02108

Bruce G. Linson, Esquire
Howe and Bainbridge Building
220 Commercial Street
Boston, MA. 02109

_Stephen D. Judge_
STEPHEN D. JUDGE