# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,           )
                                    )
                                    )
            v.                      )   CRIMINAL ACTION
                                    )   NO. 04-10288-RWZ
CARLOS ESPINOLA, ET AL,             )
            Defendants,             )
_____)

### INTERIM STATUS REPORT
### March 10, 2005

**SWARTWOOD, C.M.J.**

The following is an Interim Status Report to Zobel, J. to whom this case is assigned:

1. <u>Giuseppe Torrente</u>

Mr. Torrente has requested that this case be returned to Judge Zobel for a Rule 11 hearing. I have granted that request.

2. <u>Excludable Time</u>

I have previously excluded from the Speedy Trial Act the entire period from the date of Mr. Torrente's arraignment through March 18, 2005. Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, May 27, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE