UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                    PLAINTIFF,   )<br>                                 )<br>V.                               )<br>                                 )<br>GIUSEPPE TORRENTE.               )<br>                                 ) | CRIM. NO. 04-10288-RWZ |

DEFENDANT'S NOTICE OF INTENT AND REQUEST FOR RULE 11 HEARING

Now comes the defendant in the above-entitled matter, by and through undersigned counsel, and does hereby notify this Honorable Court of his intention to enter a plea of guilty at the earliest date convenient with the Court. As such, the defendant requests this Honorable Court refer this matter for the scheduling of a change of plea hearing at this Honorable Court's earliest convenience, so that the defendant may enter a plea of guilty to the above captioned matter pursuant to Fed. R. Crim. P. 11.

As reason therefor, and in support thereof, the defendant submits that he has previously expressed his intention to change his plea in this matter to the United States Attorney's office and does hereby request a Rule 11 Hearing for the purpose of disposing of this matter as expeditiously as possible.

Respectfully submitted,
GIUSEPPE TORRENTE
By his attorney,

STEPHEN D. JUDGE
BBO #563390
23 Central Ave., Suite 605
Lynn, MA 01901
781-599-2800