UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
MASSACHUSETTS



CRIMINAL NO. 04-10288

UNITED STATES OF AMERICA

vs.

GUISEPPE TORRENTE

## **ASSENTED TO MOTION FOR CONTINUANCE OF SENTENDCING DATE**

NOW comes the defendant in the above-entitled matter, by and through undersigned counsel, and respectfully moves this Honorable Court to continue the Sentencing date for reasons as follows:

1. The within matter is presently scheduled for Sentencing on Thursday, July 28, 2005.

2. Undersigned counsel will be unable to appear on said date because he has a neurology appointment with his son and is scheduled for multiple trials. Also, undersigned counsel will be on vacation for most of the month of August.

3. Undersigned counsel is hereby requesting that the sentencing date be continued to sometime after September 7, 2005.

4. Undersigned counsel's secretary has spoken with Assistant United States Attorney David Tobin and he has stated that the Government has no objection to the within continuance.

1

5. The instant request for a continuance is based upon good cause, and is not for the
   purpose of delay.


                              Respectfully submitted,
                              GUISEPPE TORRENTE
                              By his attorney,



                              STEPHEN D. JUDGE
                              23 Central Avenue
                              Suite 605
                              Lynn, MA 01901
                              (781) 599-2800

## **CERTIFICATE OF SERVICE**

I, Stephen D. Judge, Esquire, hereby certify that I have delivered copies of the within

Assented To Motion For Continuance Of Sentencing Date, by mailing same, postage

prepaid, this 12th day of July, 2005, to the following:

Assistant United States Attorney
David Tobin, Esquire
One Courthouse Way, Suite 9200
Boston, MA. 02210

STEPHEN D. JUDGE