AO 442    (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

UNITED STATES OF AMERICA

V.

GUISEPPE TORRENTE

**WARRANT FOR ARREST**

Case     04CR10288-RWZ

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  <u>GUISEPPE TORRENTE</u>

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complain    ☐ Order of court    ☐ Violation     X Probation Violation Petition

charging him or her     (brief description of offense)

Failure of defendant to refrain from the use of unlawful possession of a narcotic drug or other controlled substance;

in violation of     18     United States Code, Section(s)     3606

LISA A. URSO
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer

7/27/05 Boston
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |
| Gloucester MC |

| DATE RECEIVED<br>072705 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>080305 | Kimball, Scott - DUSM | |