PS 8
(5/05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

United States of America

vs.

_____Guiseppe Torrente_____    Docket No 04CR10288-RWZ

**PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE**

The undersigned Pretrial Services Officer presents this report regarding defendant Guiseppe Torrente_____, who was placed under pretrial release supervision by the Honorable Charles B. Swartwood_____, on___July 15, 2004_____ under the following conditions:

And respectfully seeks action by the Court and for cause as follows:
(Insert here or if lengthy, attach on a separate sheet)

**Petition for Action on Conditions of Pretrial Release**

"Refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practioner"

PRAYING THE COURT WILL:

___X___ Issue a Warrant

_____ Issue a Summons for the defendant to appear for a show cause hearing

_____ Other:

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on___July 21, 2005_____          Place___Boston_____

___Thomas M. O'Brien___ _[signature]_          Date_____7/21/05_____
U.S. Pretrial Services Officer

## ORDER OF COURT

√ Warrant to Issue

____ Summons to issue. Clerk to schedule show cause hearing.

____ Other:

Considered and ordered this__26th__ day of __July__, 20_05_, and ordered filed and made part of the record in the above case.

_____[signature]_____
Judicial Officer