Prob12A
(7/93)

## United States District Court
### for the District of Massachusetts
### Report on Offender Under Supervision



**Name of Offender:** Guiseppe Torrente                     **Case Number:** 04 CR 10288

**Name of Sentencing Judicial Officer:** Honorable Rya W. Zobel

**Date of Original Sentence:** 9/19/05

**Original Offense:** Conspiracy to Possess and Possession with Intent to Distribute Oxycodone; Distribution of Oxycodone; Aiding & Abetting

**Original Sentence:** Two (2) months imprisonment followed by 24 months supervised release

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 9/30/05

---

### NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number**     **Nature of Noncompliance**

I     **Violation of Standard Condition:** The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officers.

On 3/10/06, Guiseppe Torrente reported to the U.S. Probation Office in Lawrence, MA, at which time he submitted his monthly supervision report form for February, 2006, wherein he reported that he had contact with the Boston Police sometime during the month of February, however could not recall the exact date. Upon further questioning by the U.S. Probation Officer, Torrente advised that he was driving around Boston with another resident from Miller House by the name of "Todd" LNU looking to meet up with a man by the name of "Leroy" LNU. Torrente indicated that "Todd" was driving Torrente's truck because he was unfamiliar with the area. The police pulled the vehicle over and a search of the three of them revealed an active warrant for "Leroy" and "Todd" was found in possession of a hypodermic needle. Torrente asserts that he does not know the last name of the other two men. Contact with the Boston Police Department failed to reveal any further information regarding this particular incident, as such we are unable to ascertain Torrente's truthfulness on this matter.

II     **Violation of Standard Condition:** The defendant shall pay the $100 special assessment fee immediately.

On 1/9/06, Guiseppe Torrente reported to the U.S. Probation Office in Lawrence, MA, at which time, he was directed to begin submitting $100 payments beginning the following week and continuing until the full balance is resolved. Torrente failed to abide by this directive and did not pay the balance until he was advised on 3/10/06 that the he was in violation of his conditions of supervised release.

Guiseppe Torrente
Prob 12A

- 2 -

**Report on Offender
Under Supervision**

| | |
|---|---|
| III | **Violation of Special Condition:** The defendant shall participate in a program for treatment of substance abuse as directed by the U.S. Probation Office to determine whether the defendant has reverted to the use of alcohol or drugs; the program may include testing, not to exceed 104 drug tests per year. The defendant shall contribute to the costs of services for such treatment based on his ability to pay or availability of third party payments. |

Shortly before Guiseppe Torrente completed the inpatient program at Miller House, Torrente's counselor, George Wheeler, arranged for Torrente to participate in Gosnold's intensive outpatient program. Torrente was advised by Wheeler and the U.S. Probation Officer of his requirement to participate in the IOP program to commence upon his release from Miller House. Torrente failed to report to Gosnold for his intake appointment. On 1/9/06, Torrente reported to the U.S. Probation Office in Lawrence, MA, at which time he indicated that he did not want to do the IOP program because he was too busy with work and school. The U.S. Probation Officer admonished Torrente and instructed him to participate pursuant to his special condition of supervised release. On 3/10/06, Torrente reported to the U.S. Probation Officer in Lawrence, MA, and again advised the U.S. Probation Officer that he had not reported to Gosnold to begin the IOP program as previously directed.

U.S. Probation Officer Action: The U.S. Probation Office requests a Status Hearing to address these violations and to possibly propose a modification of special conditions.

Reviewed/Approved by:

_____
Brian McDonald
Supervising U.S. Probation Officer

By

Respectfully submitted,

_____
Paul C. Prevey
Senior U.S. Probation Officer
Date: 5/10/06

[ ]   Approved
[·]   Submit a Request for Modifying the Conditions or Term of Supervision
[ ]   Submit a Request for Warrant or Summons
[✓]   Other  Status Hearing

_____
Signature of Judicial Officer

May 12, 2006
_____
Date