AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts

UNITED STATES OF AMERICA
V.
GUISEPPE TORRENTE

**SUMMONS IN A CRIMINAL CASE**

Case Number:   04CR10288-RWZ

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>One Courthouse Way<br>Boston, Massachusetts | Courtroom # 14, 5th Floor |
| Before: Magistrate Judge Leo Sorokin | Date and Time<br>6/1/06 @ 2:30 p.m. |

To answer a(n)
☐ Indictment   ☐ Information   ☐ Complaint   X Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title ___ 18 ___ United States Code, Section(s) ___ 3606 ___

Brief description of offense:

Failure to notify USPO within 72 hours of being arrested or questioned by law enforcement.
Failure of defendant to pay $100 Special Assessment.
Failure to report or complete the IOP program.

_____   5/16/06
Signature of                       Date
Lisa A. Urso, Deputy Clerk
Name and Title of Issuing Officer