✎AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                     Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>GUISEPPE TORRENTE | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:     04CR10288-RWZ |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| Place<br>United States District Court<br>One Courthouse Way<br>Boston, Massachusetts | Room<br>Courtroom # 12, 5th Floor |
| Before:     Judge Zobel | Date and Time<br>6/16/06 @ 3:00 p.m. |

To answer a(n)

☐ Indictment        ☐ Information        ☐ Complaint        X   Violation Notice        ☐ Probation Violation Petition

Charging you with a violation of Title _____18_____ United States Code, Section(s) _____3606_____

Brief description of offense:

Failure to notify USPO within 72 hours of being arrested or questioned by law enforcement.
Failure of defendant to pay $100 Special Assessment.
Failure to report or complete the IOP program.

_____         _____
Signature of Issuing Officer                                              Date


Lisa A. Urso, Deputy Clerk
_____
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Date

Service was made by me

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

_____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

_____

☐ Returned unexecuted: _____

_____

_____

_____

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned _____

    Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.