UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | CRIM. NO. 04-10288-RWZ |
| | ) | |
| GIUSEPPE TORRENTE. | ) | |
| | ) | |

## MOTION TO AMEND
### TERMS OF DEFENDANT'S SUPERVISED RELEASE TO ALLOW FOR TEMPORARY EMPLOYMENT OUTSIDE OF MASSACHUSETTS

NOW comes the defendant, by and through undersigned counsel and respectfully requests this Honorable Court amend the terms of his supervised release as follows:

1. Permit the defendant to travel to Alaska for the purpose of engaging in seasonal off-shore fishing on his father's vessel;

2. The defendant seeks permission to travel from Massachusetts to Alaska for five weeks; from Monday, June 19, 2006 until ~~Monday~~ *WEDNESDAY*, July ~~24~~ *26*, 2006. During those five weeks the defendant will be engaged in off-shore fishing on a vessel owned by his father and will be in the constant company of both his father and brother.

3. All other conditions of the defendants pre-trial release would remain unchanged.

In support hereof, the defendant says this request is made to afford him an opportunity to help his father during a short period of time that is critical to the survival of his father's business and to help himself by

*Allowed, defendant shall call Probation once per week. Defendant shall be in the custody of his father who shall report any violations of the conditions of probation and defendant shall report to Probation within 3 days after his return. Rya W Zobel 6/16/06*

earning significant wages which would allow him to get out of the debt

he has fallen into over the last twelve months.

WHEREFORE, the defendant respectfully request the Court allow the

proposed amendment.

Respectfully submitted,
GIUSEPPE TORRENTE
By his attorney,

STEPHEN D. JUDGE
BBO #563390
23 Central Ave., Suite 605
Lynn, MA  01901
781-599-2800